```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                      "JOHN MUN V UAA ET AL"

           Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/17/03
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (710) Fair Labor Standards Act

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 10/17/03 receipt # 00121549
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | MUN, JOHN | Dennis R. Acker<br>329 F Street, Suite 220<br>Anchorage, AK 99501<br>907-222-2885<br>FAX 907-222-2889 |
| DEF 1.1 | UNIVERSITY OF ALASKA AT ANCHORAGE | Mark E. Ashburn<br>Ashburn & Mason<br>1130 W. 6th Avenue, Suite 100<br>Anchorage, AK 99501<br>907-276-4331<br>FAX 907-277-8235 |
| DEF 2.1 | WEEMS, RICK | Mark E. Ashburn<br>(see above) |
| DEF 3.1 | KAMAHELE, RON | Mark E. Ashburn<br>(see above) |
| DEF 4.1 | HOWARD, MARY | Mark E. Ashburn<br>(see above) |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                                    "JOHN MUN V UAA ET AL"

                                      For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
            Filed: 10/17/03
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (710) Fair Labor Standards Act

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 10/17/03 receipt # 00121549
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/17/03 | Complaint filed; Summons issued. |
| 1 - 2 | 10/17/03 | PLF 1 Jury Demand. |
| 2 - 1 | 12/24/03 | JWS Minute Order that plf file proofs of svc on defs served and serve any defs so as to comply w/FRCvP 4(m). cc: cnsl |
| 3 - 1 | 01/14/04 | JWS Minute Order that if proof of svc of cmplt on all named defs isn't on file by 120 from filing of cmplt case will be dism. cc: cnsl |
| 4 - 1 | 01/22/04 | PLF 1 Return of Service Executed re: UAA Enrollment Services on 1/15/04. |
| 5 - 1 | 01/22/04 | PLF 1 Return of Service Executed re: DEF 3 executed on 1/15/04. |
| 6 - 1 | 01/28/04 | PLF 1 Return of Service Executed re: Lee Gorrsuch, Chancelor on 1/25/04, |
| 7 - 1 | 02/04/04 | DEF 1-4 Answer to Complaint. |
| 8 - 1 | 02/05/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 9 - 1 | 02/05/04 | DEF 1-4 Affidavit of service via mail of defs' answer on 2/4/04. |
| 10 - 1 | 02/12/04 | PLF 1 Return of Service Executed re:DEF 4 on 2/11/04. |
| 11 - 1 | 03/01/04 | PLF 1; DEF 1-4 Scheduling and Planning Conference Report. |
| 12 - 1 | 03/02/04 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 02/04/05; disp mots ddln 03/04/05; 8 day TBJ estimate. cc: cnsl |
| 13 - 1 | 04/06/04 | PLF 1; DEF 1-4 Preliminary Joint Statement of Issues. |
| 14 - 1 | 04/13/04 | DEF 1 motion to dismiss count V of the complaint w/att memo. |
| 15 - 1 | 05/11/04 | JWS Order granting motion to dismiss count V of the complaint (14-1). cc: cnsl |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                          "JOHN MUN V UAA ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 11/30/04 | DEF 1-4 Witness List. |
| 17 - 1 | 01/05/05 | PLF 1 Initial Disclosures. |
| 18 - 1 | 01/05/05 | PLF 1 Witness List. |
| 19 - 1 | 01/20/05 | DEF 1-4 motion for partial summary judgment as to counts I, III (partial), & IV of the complaint w/att memo & exhs. |
| 19 - 2 | 01/20/05 | DEF 1-4 motion for dismissal as to counts I & III (partial) of the complaint w/att memo & exhs. |
| 20 - 1 | 01/25/05 | PLF 1 motion for enlargement of time (to 3/10/05) pursuant to Rule 6(b) to respond to mot for part SJ. |
| 21 - 1 | 01/28/05 | JWS Minute Order granting motion for enlargement of time (to 3/10/05) pursuant to Rule 6(b) to respond (20-1); pltf's oppo to def's mot for SJ due 3/10/05. cc: cnsl |
| 22 - 1 | 01/31/05 | DEF 1-4 opposition to plf's mot for enlargement of time. |
| 23 - 1 | 02/15/05 | DEF 1-4 motion to compel responses to defendants' 2nd set of discovery requests to plaintiff w/att aff & exhs. |
| 24 - 1 | 02/15/05 | DEF 1-4 motion to dismiss the Title VII claims set forth in counts II & III of the complaint against defendants Weems & Howard w/att memo. |
| 25 - 1 | 02/25/05 | DEF 1 motion to dismiss Equal Protection Claim asserted against UAA in count II of complaint w/att memo. |
| 26 - 1 | 03/02/05 | DEF 1-4 motion to extend due date for filing motions in limine. |
| 27 - 1 | 03/07/05 | DEF 1-4 motion for partial summary judgment as to counts II & III (partial) of the complaint w/att affs & exhs. |
| 28 - 1 | 03/07/05 | DEF 1-4 Notice of filing facsimile signatures on affs. |
| 29 - 1 | 03/07/05 | PLF 1 opposition to DEF 1-4 motion to dismiss the Title VII claims set forth in counts II & III of the complaint against defendants Weems & Howard (24-1). |
| 30 - 1 | 03/07/05 | PLF 1 opposition to DEF 1-4 motion to compel responses to defendants' 2nd set of discovery requests to plaintiff (23-1) w/att aff & exhs. |
| 31 - 1 | 03/10/05 | DEF 1-4 Notice of filing orig aff signatures of affs re: DEF 1-4 motion for partial summary judgment as to counts II & III (partial) of the complaint (27-1) w/affs. |
| 32 - 1 | 03/11/05 | PLF 1 opposition to DEF 1-4 motion for partial summary judgment as to counts I, III (partial), & IV of the complaint (19-1), DEF 1-4 motion for dismissal as to counts I & III (partial) of the complaint (19-2). |
| 33 - 1 | 03/15/05 | PLF 1 opposition to DEF 1 motion to dismiss Equal Protection Claim asserted against UAA in count II of complaint (25-1). |
| 34 - 1 | 03/17/05 | DEF 1-4 reply to opposition to DEF 1-4 motion to compel responses to defendants' 2nd set of discovery requests to plaintiff (23-1). |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                                  "JOHN MUN V UAA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 35 - 1 | 03/17/05 | DEF 1-4 reply to opposition to DEF 1-4 motion to dismiss the Title VII claims set forth in counts II & III of the complaint against defendants Weems & Howard (24-1) w/att exhs & aff. |
| 36 - 1 | 03/17/05 | DEF 1-4 motion for extention of time until 3/25/05 to file reply to opposition to defendants' motion for partial summary judgment as to counts I, III & IV of complaint & for dismissal as to counts I & II of complaint. |
| 37 - 1 | 03/21/05 | JWS Order granting mot for ext of time until 3/25/05 to file reply to opposition to defs' mot for part sj as to cts I, III & IV of cmplt (36-1). cc: cnsl |
| 38 - 1 | 03/21/05 | DEF 1-4 reply to opposition to DEF 1-4 mot for part sj as to counts I, III (partial), & IV of the complaint (19-1), DEF 1-4 mot for dismissal as to counts I & III (partial) of the complaint (19-2) w/att aff & exhs. |
| 39 - 1 | 03/21/05 | Stipulation that defs have until 3/25/05 to file reply to oppo to defs' mot for part sj as to cts I, III (part) & IV of cmplt & for dismissal as to cts I & III (part) of cmplt & plf have until 4/1/05 to file oppo to defs' mot for part sj as to cts II & III (part) of cmplt. |
| 39 - 2 | 03/22/05 | Order approving stip that defs have until 3/25/05 to file reply to oppo to defs' mot for part sj & for dismissal (39-1) & plf has until 4/1/05 to file oppo to defs' mot for part sj. cc: cnsl |
| 40 - 1 | 03/22/05 | DEF 1-4 reply to opposition to DEF 1 motion to dismiss Equal Protection Claim asserted against UAA in count II of complaint (25-1) w/att aff. |
| 41 - 1 | 03/23/05 | JWS Minute Order granting mot to extend due date for filing mots in limine (26-1); mots in limine due on the 30th day following the date the crt enters ord deciding the last of mots 24, 25, 27. cc: cnsl |
| 42 - 1 | 03/23/05 | JWS Order terminating in light of this ord: mot to compel responses to defs' 2nd set of disc reqs to (23-1). cc: cnsl |
| 43 - 1 | 03/31/05 | PLF 1 Unopposed motion for enlargement of time (to 4/4/05) to file oppo to mot for part sj on Cts II & III. |
| 43 - 2 | 04/01/05 | Order granting motion Unopposed motion for enlargement of time (to 4/4/05) to file oppo (43-1) to mot for part sj.  cc: cnsl |
| 44 - 1 | 04/04/05 | JWS Order granting mot to dismiss the Title VII claims set forth in counts II & III of cmplt (24-1); Title VII clms against Weems & Howard in cts II & III of cmplt are dism. cc: cnsl |
| 45 - 1 | 04/04/05 | PLF 1 motion to strike attachments to affidavit of M. Ashburn in support of defendants' motion for partial summary judgment on counts II & III. |
| 46 - 1 | 04/04/05 | PLF 1 opposition to DEF 1-4 motion for partial summary judgment as to counts II & III (partial) of the complaint (27-1) w/att aff & exhs. (original located in folder behind file) |
| 47 - 1 | 04/11/05 | DEF 1-4 Unopposed motion to extend due date for filing of reply to Mun's opposition to defendants' motion for partial summary judgment as to counts II & III to 4/25/05 w/att aff. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                                     "JOHN MUN V UAA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 48 - 1 | 04/11/05 | PLF 1 Notice of Affidavit of Dennis R. Acker in support of opp to DEF 1-4 motion for partial summary judgment as to counts II & III (partial) of the complaint (27-1) w/att aff. |
| 47 - 2 | 04/12/05 | Order granting unoppo mot to extend due date to 4/25/05 for filing of reply to Mun's oppo to defs' mot for part sj as to cts II & III (47-1). cc: cnsl |
| 49 - 1 | 04/18/05 | DEF 1-4 opposition to PLF 1 motion to strike attachments to affidavit of M. Ashburn in support of defendants' motion for partial summary judgment on counts II & III (45-1). |
| 50 - 1 | 04/25/05 | DEF 1-4 reply to opposition to DEF 1-4 motion for partial summary judgment as to counts II & III (partial) of the complaint (27-1). |
| 51 - 1 | 05/05/05 | JWS Order granting mot to dismiss Equal Protection Claim asserted against UAA in ct II of cmplt (25-1); clm against UAA under Equal Protection Clause dism. cc: cnsl |
| 52 - 1 | 05/06/05 | JWS Order granting mot for part sj as to counts I, III (part), & IV of th (19-1), mot for dismissal as to cts I & III (part) of cmplt (19-2); plf's FLSA clms against DEFS 1-4 dism; plf's due process clm against DEF 1 dism. cc: cnsl |
| 53 - 1 | 05/09/05 | JWS Order re: certification of readiness for trial; parties to certify or file a report within 15 days from the date of this order. cc:cnsl |
| 54 - 1 | 06/28/05 | JWS Minute Order re: certification of readiness for trial not fld; rpt now due 15 days from date of this MO. cc: cnsl |
| 55 - 1 | 06/30/05 | JWS Order denying mot to strike attachments to aff of M. Ashburn in support of def (45-1); granting/denying mot for part sj as to counts II & III (part) of cmplt (27-1). cc: cnsl |
| 56 - 1 | 07/06/05 | PLF 1; DEF 1-4 Report re: certification of readiness for trial. |
| 57 - 1 | 07/26/05 | JWS Order for pre-trial proceedings & FPTC set 1/2/06 @ 8:00 a.m.; 8 day TBJ set 2/6/06 @ 9:00 a.m.; exh rvw to be by 12/19/05; trial docs due 1/13/06. cc: cnsl, JC |
| 58 - 1 | 07/29/05 | DEF 1-4 motion in limine to exclude evidence relating to Mun's Title VII retaliation claim w/att aff. |
| 59 - 1 | 07/29/05 | DEF 1-4 motion in limine to exclude evidence of alleged instances of discrimination that occurred outside the statutory limitations period w/att aff. |
| 60 - 1 | 08/15/05 | PLF 1 Unopposed motion for extension of time to file opposition to defendants motion in limine. |
| 60 - 2 | 08/16/05 | Order granting unopposed motion for extension of time until 8/31/05 to file opposition to defendant (60-1). cc: cnsl |
| 61 - 1 | 09/01/05 | PLF 1 opposition to DEF 1-4 motion in limine to exclude evidence relating to Mun's Title VII retaliation claim (58-1), DEF 1-4 motion in limine to exclude evidence of alleged instances of discrimination that occurred outside the statutory limitations period (59-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0244--CV (JWS)
                                "JOHN MUN V UAA ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 62 - 1 | 09/12/05 | DEF 1-2 reply to opposition to DEF 1-4 motion in limine to exclude evidence relating to Mun's Title VII retaliation claim (58-1), DEF 1-4 motion in limine to exclude evidence of alleged instances of discrimination that occurred outside the statutory limitations period (59-1). |
| 63 - 1 | 10/12/05 | JWS Order deferring mot in limine to exclude evidence relating to Mun's Title VII retaliation (58-1) pending further brfing; mot @ dkt 58 to be treated as mot for sj; plf has until 10/28/05 to respond to mot @ dkt 58; UAA's reply due 11/4/05; granting mot in limine to exclude evidence of alleged instances of discrimination (59-1). cc: cnsl |
| 64 - 1 | 10/19/05 | JWS Minute Order resetting the 1/20/06 FPTC to 1/27/06 @ 8:00 a.m.. cc: cnsl |
| 65 - 1 | 11/02/05 | PLF 1 Affidavit of J. Mun re: oppo to DEF 1-4 mot in limine to exclude evidence relating to Mun's Title VII retaliation claim (58-1). |
| 66 - 1 | 11/04/05 | DEF 1-4 reply to aff of John Mun in support of plf's oppo to DEF 1-4 motion in limine to exclude evidence relating to Mun's Title VII retaliation claim (58-1) w/att aff & exhs. |
| 67 - 1 | 11/14/05 | JWS Order granting motion in limine to exclude evidence relating to Mun's Title VII retaliation (58-1); Mun's Title VII retaliation clm against UAA is dism; crt strongly recommends parties consider settl. cc: cnsl |