FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 AM 9:37



Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage, Rick Weems, Ron Kamahele, and Mary Howard

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually, and MARY HOWARD, Individually,<br><br>Defendants. | Case No. A03-0244 CV [JWS]<br><br>**DEFENDANTS' MOTION TO ACCEPT LATE-FILED PLEADINGS** |

Defendants, through their counsel Ashburn & Mason, request that the court

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235



68

accept the following pleadings: (1) Witness List of Defendants; (2) Defendants' Statement of Uncontested Facts; (3) Defendants' Joint statement of Issues; and three (3) Motions as to Evidence at trial. These pleadings were all prepared for filing on December 19, 2005 (the due date for such filings), but were inadvertently not filed because of an administrative oversight.

This motion is supported by the attached affidavit.

ASHBURN & MASON, P.C.
Attorneys for Defendants

DATED: 12-20-05

By: [signature]
Mark E. Ashburn
Alaska Bar No. 7405017

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

**AFFIDAVIT OF MARK E. ASHBURN**

STATE OF ALASKA )
) ss:
THIRD JUDICIAL DISTRICT )

MARK E. ASHBURN, being first duly sworn upon oath, deposes and states:

1. I am the attorney at Ashburn & Mason representing the defendants in this matter.

2. I prepared several pleadings for filing on December 19, 2005, the deadline set by the court for defendant's witness list, statements of uncontested facts, statement of issues, and three motions directed at evidentiary issues anticipated to arise at trial.

3. The pleadings inadvertently were not filed in court on December 19, 2005, due to an administrative oversight. When the oversight was discovered on the morning of December 20, 2005, the pleading were immediately sent over to the court.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Mark E. Ashburn
Alaska Bar No. 7405017

SUBSCRIBED AND SWORN to before me this 20 day of December, 2005.

CHRISTINE L. GILMORE NOTARY PUBLIC STATE OF ALASKA

NOTARY PUBLIC in and for Alaska
My commission expires: 4.21.09

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was ( ) hand delivered ( ) faxed (✓) mailed on the 20 day of December 2005 to:

Dennis Acker, Esq.
Acker & Associates
329 F Street, Suite 220
Anchorage, AK 99501

ASHBURN & MASON, P.C.

By: [signature]
Chary Soto

N:\cls\10067\M. Late Filed Pleading (051220).dot

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235