MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN MUN   v.   UNIVERSITY OF ALASKA at ANCHORAGE, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A03-0244 CV (JWS)

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:  ----

               for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion to file papers one day late at docket 68 is **GRANTED**.

DATE: December 22, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

A03-0244--CV (JWS)   12-22-05
M. ASHBURN (ASHBURN)
D. ACKER