DEC 2 0 2005

**FILED**

DEC 2 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage,
Rick Weems, Ron Kamahele, and Mary Howard

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. A03-0244 CV [JWS]<br>) |
| UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually, and MARY HOWARD, Individually, | ) **MOTION BY DEFENDANTS AS TO**<br>) **DAMAGES CLAIM RELATING TO**<br>) **OVERTIME PAY AS CAPP**<br>) **COORDINATOR**<br>) |
| Defendants. | ) |

One of the Plaintiff's two remaining claims in this case relates to the alleged

racial discrimination in not paying plaintiff overtime pay as CAPP Coordinator.[1] The uncontested facts in this case establish that, well prior to the filing of the Complaint in this case, plaintiff was paid for all of the overtime he had worked as CAPP Coordinator. Further, the uncontested facts in this case establish that plaintiff was paid interest on all of the back pay he received for the overtime he worked.

Given these facts, the only damages claim plaintiff has as to this cause of action is a claim for $1.00 in nominal damages. There will, as a consequence, need to be a jury instruction on nominal damages in connection with the overtime claim. See, e.g., George v. City of Long Beach, 973 F.2d 706 (9th Cir. 1992).

ASHBURN & MASON, P.C.
Attorneys for Defendants

DATED: 12-19-05            By: /s/ Mark E. Ashburn
                                Mark E. Ashburn
                                Alaska Bar No. 7405017

DATED: 12-19-05            By: /s/ Mark E. Ashburn for Matthew T. Findley
                                Matthew T. Findley
                                Alaska Bar No. 0504009

---

[1] The court has previously filed that Mun has not established a claim for overtime pay while Mun was Facilities Scheduling Coordinator.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was ( ) hand delivered ( ) faxed (✓) mailed on the 20 day of December 2005 to:

Dennis Acker, Esq.
Acker & Associates
329 F Street, Suite 220
Anchorage, AK 99501

ASHBURN & MASON, P.C.

By: /s/ Chary Soto
Chary Soto

P:\Clients\10067\M Damages Claim (051216).dot

ASHBURN & MASON p.c.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

MOTION BY DEFENDANTS AS TO DAMAGES CLAIM
RELATING TO OVERTIME PAY AS CAPP COORDINATOR
*Mun v. University of Alaska, et al.*, Case No. A03-0244 CV [JWS]                Page 3 of 3