FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 29 PM 4: 01

Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, and RICK WEEMS, Individually,<br><br>    Defendants. | Case No. A03-0244 CV [JWS]<br><br>**MOTION REGARDING PLAINITFF'S FAILURE TO COMPLY WITH THE COURT'S PRE-TRIAL ORDER** |

The Order of this Court, dated July 22, 2005, required the parties to make the

following filings by December 19, 2005: (1) a joint statement of uncontested facts; and (2) a joint Statement of issues; and (3) a final witness list including a detailed disclosure of the testimony expected from the witness. Further the Court asked that the parties serve and file all objections to marked exhibits by December 27, 2005. Plaintiff, however, has failed to file a witness list and has failed to cooperate meaningfully with the remaining filings.

As noted in both defendants' statement of issues and statement of uncontested facts, plaintiff failed to respond to defendants' drafts of these documents. Defendants were thus forced to file them without cooperation from plaintiff. To date, plaintiff has not responded to defendants' statement of uncontested facts in any way. Further, plaintiff has given no explanation for this failure to respond. Given that pre-trial briefing and jury instructions are due in about two weeks, plaintiff should not be allowed further delay in responding to these filings. Accordingly, defendants respectfully request that the court adopt defendants' statement of uncontested facts and statement of issues and order that plaintiff has waived any objections to these filings.

Plaintiff has also repeatedly refused to provide defendants with any proposed exhibits. As noted in defendants' filed exhibit list, defendants' counsel was able to meet with plaintiff's counsel at the clerk's office to at least review defendants' marked exhibits. Plaintiff's counsel objected to a small number of defendants' marked exhibits and these exhibits were accordingly marked "ID." Plaintiff, however, has failed to file and serve these objections as ordered by the Court. Further, defendants have not been

given the opportunity to review, let alone object to, plaintiff's proposed exhibits. Again, with additional pretrial deadlines pending, allowing plaintiff further delay would severely prejudice defendants. Accordingly, defendants respectfully request that the Court order that plaintiff has waived any objections to defendants' marked exhibits and admit all defense exhibits currently marked ID into evidence. Defendants further request that the Court order that plaintiff has waived the right to present any exhibits not listed in defendants' filed exhibit list.

Finally, plaintiff's failure to file a witness list severely prejudices defendants because defendants are unable to develop any cross-examination or prepare a response to any proposed testimony. The Court's July 22 Order specifically ordered the parties to file specific witness lists "to avoid surprise and delay at trial." Plaintiff however is flagrantly ignoring both the letter and the spirit of the Court's order by refusing to file a witness list. Any further delay will severely prejudice defendants' ability to prepare for trial. Accordingly, defendants respectfully request that the Court order that if Plaintiff fails to file a witness list by Tuesday January 3, 2006, plaintiff be restricted from presenting the testimony of any witness other than himself and be restricted to only cross-examining defendants' witnesses within the scope of defendants' direct examination.

ASHBURN & MASON, P.C.
Attorneys for Defendants

DATED: 12-28-05        By: _____
                           Mark E. Ashburn
                           Alaska Bar No. 7405017

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was ( ) hand delivered ( ) faxed (X) mailed on the 28 day of December 2005 to:

Dennis Acker, Esq.
Acker & Associates
329 F Street, Suite 220
Anchorage, AK  99501

ASHBURN & MASON, P.C.

By: _____
    Chary Soto

P:\Clients\10067\Pre-Trial Filings\Motion re Lack of Filings (051228).doc

ASHBURN & MASON p.c.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

MOTION REGARDING PLAINTIFF'S FAILURE TO
COMPLY WITH THE COURT'S PRE-TRIAL ORDER
*Mun v. University of Alaska, et al.*, Case No. A03-0244 CV [JWS]                    Page 4 of 4