MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*JOHN MUN*  v.  *UNIVERSITY OF ALASKA at ANCHORAGE, et al.*

THE HONORABLE JOHN W. SEDWICK    CASE NO. A03-244 CV (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**    Date:  January 3, 2006

The court has reviewed defendants' motion at docket 77.  It raises concerns which the court independently entertained based on plaintiff's failure to comply with the court's orders.  In view of the approaching trial date and the current unsatisfactory state of plaintiff's pre-trial preparations, plaintiff shall file and serve its response to the motion at docket 77 not later than **January 6, 2006.**  Service is expected to be accomplished via Electronic Case Filing, but if plaintiff cannot for some reason accomplish that, then service must be by hand delivery or facsimile transmission.  Defendants may file a reply not later than **January 10, 2006.**

Plaintiff is **warned** that if he fails to respond to this order, or files an unsatisfactory response, the court will grant the relief requested at docket 77.

The Clerk will please call counsel to advise of this order.