Dennis Acker, Esq. Bar No. 9911055
ACKER & ASSOCIATES
329 F. Street, Suite 220
Anchorage, AK 99501
(907) 222-2885
Fax (907) 222-2889

Attorneys for Plaintiff
John Mun

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN Individually, | Case No.: A03-0244 CV (JWS) |
| Plaintiff, | AFFIDAVIT OF DENNIS R. ACKER |
| vs. | |
| UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually and MARY HOWARD Individually. | |
| Defendants. | |

I, Dennis R. Acker, state and declare as follows:

1. I am the attorney of record in the above-entitled action. I have personal knowledge of the facts stated herein.

2. On or about December 15, 2005, I met with Mark Ashburn to jointly discuss the prospects of settlement in this case and to review the statement of issues and statement of uncontested fact. At this meeting, I reviewed and approved without changes the statement of issues. I stated that I would also review the statement of uncontested fact

Affidavit
Mun v. University of Alaska et al.
Page 1

|   |   |   |
|---|---|---|
| 1 |   | in the next few days. I did so and had no changes and allowed defendant to file the |
| 2 |   | statement of uncontested fact. I have complied with the pretrial order in this respect |
| 3 |   | and have cooperated with defense counsel in attending the required meeting and |
| 4 |   | discussing the above issues. I also informed Mr. Ashburn at this meeting that I would |
| 5 |   | by out of my office after December 24, 2005 until January 10, 2006. |
| 6 | 3. | On December 23, 2005, I met with defense counsel at the U.S. District court to review |
| 7 |   | and discuss exhibits. I reviewed the defense counsels exhibits and marked them. We |
| 8 |   | discussed the fact that many of the exhibits were identical to plaintiff's exhibits and |
| 9 |   | that I would provide a copy to them and the court on December 27, 2005. |
| 10 | 4. | I prepared and reviewed the exhibits, exhibit list and witness list prior to my leaving |
| 11 |   | on family business in Colorado on December 24, 2005. My mother has recently |
| 12 |   | undergone breast cancer surgery, and I was attending to her and visiting her after the |
| 13 |   | surgery. After making some amendments to the above mentioned documents, I |
| 14 |   | instructed my secretary to make the changes and authorized my secretary to sign my |
| 15 |   | signature and initial it on my behalf for filing. I have practiced in the U. S. District |
| 16 |   | Courts in both Colorado and California and such signatures have been accepted for |
| 17 |   | filing without question. |
| 18 | 5. | On December 27, 2005, my secretary, Nicole Moriarity, prior to leaving the office to |
| 19 |   | file the documents called me in Colorado and told she had filed the necessary |
| 20 |   | documents - when in fact she was just going to do so. She then attempted to file and |
| 21 |   | serve the witness list, exhibit list and exhibits with the court as arranged with opposing |
| 22 |   | counsel and Ms. Pam Richter, case management clerk. The clerks refused to accept |
| 23 |   | the documents as signed and the clerks informed Mr. Moriarity that she could not |
| 24 |   | serve the documents on opposing counsel without filing the documents. Up until my |
| 25 |   |   |

Affidavit
Mun v. University of Alaska et al.
Page 2

1 | return to my office on January 11, 2006, I was under the impression that these documents had been filed and served.

6. Up until my return on January, 11, 2006, I had no actual knowledge of the court's order or the defendant's motion on Docket 77 or the requirement that I file a response by January 6, 2006.

7. I began preparing the response required by the court to defendant's motion as soon as possible and filed this affidavit along with the opposition and affidavit of Nicole Moriarity the next day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 12th, 2006

_____
Dennis R. Acker

On this the 12th day of January 2006, before me, _____, the undersigned officer, personally appeared Dennis R. Acker, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purpose therein contained. In witness, whereof, I hereunto set my hand and official seal.

_____
My Commission Expires: _____

Notary Public
Patricia N. Moriarty
Commission Expires 8/22/09
Commission No. 101347

Affidavit
Mun v. University of Alaska et al.
Page 3

1

2                              CERTIFICATE OF SERVICE

3   I hereby certify that a true
    copy of the foregoing was hand delivered
4   this 12 day of January 2006
5   to the following:

6

7

8
    Mark Ashburn Esq.
9   Ashburn & Mason
    1130 W. 6th Ave., Ste. 100
10  Anchorage, AK 99515

11
        /s/ signature
12  _____

13

14

15

16

17

18

19

20

21

22

23

24

25

Affidavit
Mun v. University of Alaska et al.
Page 4