1  Dennis Acker, Esq. Bar No. 9911055
   ACKER & ASSOCIATES
2  329 F. Street, Suite 220
   Anchorage, AK 99501
3  (907) 222-2885
   Fax (907) 222-2889
4
   Attorneys for Plaintiff
5  John Mun

RECEIVED

JAN 1 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

6

7                **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF ALASKA AT ANCHORAGE**

9

10  JOHN MUN Individually,                    )  Case No.: A03-0244 CV (JWS)
                                              )
11              Plaintiff,                    )  AFFIDAVIT OF NICOLE MORIARITY
                                              )
12  vs.                                       )
                                              )
13  UNIVERSITY OF ALASKA at                   )
    ANCHORAGE, an instrumentality of the      )
14  State of Alaska, RICK WEEMS,              )
    Individually, RON KAMAHELE,               )
15  Individually and MARY HOWARD              )
    Individually.                             )
16                                            )
                Defendants.
17  _____

18  I, Nicole Moriarity, state and declare as follows:

19

20      1.    I am the secretary for Dennis R. Acker, Plaintiff's attorney of record in the above-

21            entitled action. I have personal knowledge of the facts stated herein.

22      2.    During the week of December 19, 2005, I helped Mr. Acker prepare the witness list,

23            exhibits and exhibit list in this action. Mr. Acker reviewed these documents and

24            approved them for filing with minor changes on December 23, 2005. At that time, he

25            authorized me to sign the document on his behalf with his signature approving and

certifying the contents of the documents.  I made only the changes he authorized and signed the document as he had authorized me to do.  .

3.    On December 27, 2005, prior to leaving the office to file the documents, I called Mr. Acker in Colorado and left a message stating that I had the necessary documents - when in fact I was just going to do so.   I then attempted to file and serve the witness list, exhibit list and exhibits with the court as arranged with opposing counsel and Ms. Pam Richter, case management clerk.  The clerks refused to accept the documents as signed and the clerks informed me that I could not serve the documents on opposing counsel without filing the documents.  Thereafter, in the rush of the holidays, I failed to contact Mr. Acker to explain that the documents had been rejected by the clerk.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ___Jun 12___, 2006

Nicole Moriarity

On this the 12th day of January 2006, before me, Kim Frensly the undersigned officer, personally appeared Nicole Moriarity, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purpose therein contained.  In witness, whereof, I hereunto set my hand and official seal.





My Commission Expires: ___5/16/09___

1

2                          CERTIFICATE OF SERVICE

3    I hereby certify that a true
     copy of the foregoing was hand delivered
4    this      day of January 2006
     to the following:
5

6

7

8
     Mark Ashburn Esq.
9    Ashburn & Mason
     1130 W. 6th Ave., Ste. 100
10   Anchorage, AK 99515

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Affidavit
Mun v. University of Alaska et al.
Page 3