Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF ALASKA at )<br>ANCHORAGE, an instrumentality of the )<br>State of Alaska, and RICK WEEMS, )<br>Individually, )<br>)<br>Defendants. )<br>)<br>) | Case No. A03-0244 CV [JWS]<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS** |

Defendants submit the following proposed voir dire questions for the court's consideration.

### 1. EDUCATIONAL AND PERSONAL BACKGROUND

Please briefly describe your educational background.

How long have you lived in Anchorage? Where did you live previously?

Have you ever served in the military?

Are you married? If so, for how long?

Do you have children? If so how many?

Are you involved in any civic organizations? If so, describe.

Are you involved in any political or advocacy organizations? If so, describe.

What hobbies and interest do you pursue in your spare time?

What is your primary source of news? Newspaper, TV, Web? What paper or web sit or TV station do you most rely on for news and current events?

What magazines do you regularly read and/or subscribe to?

Do you have any favorite television programs?

### 2. WORK HISTORY

Please give a brief history of the jobs which you have held.

Have any of those jobs involved supervisory or managerial responsibilities?

Have you ever had to manage a budget in your job?

Have you ever held a job in which you were required to work a good deal of overtime?

Have you ever held a salaried position that was not eligible for overtime pay?

Have you ever been denied a raise or a promotion for what you felt were unfair reasons?

Have you ever been dismissed from a job for what you felt were unfair reasons?

### 3. PRIOR JURY EXPERIENCE

Have you ever served on a jury before?

If so, what kind of case was it?

Did the jury reach a verdict in the case?

### 4. LITIGATION EXPERIENCE

Have you ever been involved directly in litigation?, If so, please describe the nature of the case.

Have you ever filed a grievance against an employer? If so, please describe the circumstances.

Have you ever had occasion to sue an employer or to be a witness in a lawsuit involving an employer? If so, please describe the circumstances.

Have any close friends or immediate family members ever filed a grievance against an employer? If so, please describe the circumstances.

Have any close friends or immediate family members ever had occasion to sue an employer or to be a witness in a lawsuit involving an employer? If so, please describe the circumstances.

### 5. RACE/RELIGION

This case involves allegations of racial and religious discrimination in the workplace. Anything about the nature of such charges that would make it uncomfortable for you to be juror?

Are you comfortable with friends or co-workers expressing their religious beliefs

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

in your presence?

### 6.   RELATIONSHIP TO LITIGANTS

Do you have any friends or family members who currently work for UAA, or have done so within the past five years?  If so, in what capacity?

Do you know Rick Weems and/or John Mun?  If so, please describe how you know them.

To your knowledge, do any friends or family know Rick Weems and/or John Mun?  If so, please describe how they know them.

ASHBURN & MASON, P.C.
Attorneys for Defendants

DATED:_____        By:_____
                                                           Mark E. Ashburn
                                                           Alaska Bar No. 7405017

**CERTIFICATE OF SERVICE**

I herby certify that on January 13, 2006, a copy of the foregoing Defendant's Proposed Voir Dire Questions by hand delivery on:

Dennis Acker, Esq.
Acker & Associates
329 F Street, Suite 220
Anchorage, AK  99501

Mark E. Ashburn
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: 907.276.4331
Fax: 907.277.8235
E-mail:  mea@anchorlaw.com
AK Bar No. 7405017

P:\Clients\10067\Pre-Trial Filings\Voir Dire Questions 2 (060113).dot