Dennis Acker, Esq. Bar No. 9911055
ACKER & ASSOCIATES
329 F. Street, Suite 220
Anchorage, AK 99501
(907) 222-2885
Fax (907) 222-2889

Attorneys for Plaintiff
John Mun

RECEIVED
JAN 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN Individually, | Case No.: A03-0244 CV (JWS) |
| Plaintiff, | |
| vs. | **PLAINFIFF'S EXHIBIT LIST** |
| UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually and MARY HOWARD Individually. | |
| Defendants. | |

Plaintiff John Mun, by and through his attorney of record, Dennis R. Acker Esq., hereby submits the following list of exhibits for trial.

| Exhibit | Date | Description | A | I |
|---|---|---|---|---|
| 1 | 11/17/03 | Charge of Discrimination | | X |
| 2 | 9/2004 | UAA Board of Regents Affirmative Action Report | | X |
| 3 | 6/18/99 | C.A.P.P. Coordinator Job Evaluation | | X |
| 4 | 6/20/97 | Regents Policies | | X |
| 5 | Fall 2005 | UAA Table of Employees by Gender, Ethnicity | | X |
| 6 | 10/30/98 | UAA Human Resources Memo | | X |
| 7 | 11/11/98 | UAA President Memo to Chancellors Re: Staff Participation in Governance | | X |
| 8 | 3/8/99 | UAA President Memo Re: Staff Participation | | X |
| 9 | 11/11/99 | UAA Human Resources Memo | | X |
| 10 | 9/8/00 | UAA Memo Ron Kamahele Salary Adjustment | | X |
| 11 | 6/1/01 | Vacancy Announcement C.A.P.P. Coordinator | | X |
| 12 | 7/18/01 | UAA Human Resources Memo Re: C.A.P.P. Coordinator Non-Exempt Status | | X |
| 13 | 7/19/01 | UAA Staff Letter of Appointment for Mun to C.A.P.P. Coordinator Position | | X |
| 14 | 9/27/01 | Rick Weems Rejection Letter to John Mun for UAA Director of Summer Sessions | | X |
| 15 | 7/30/01 | Supervisor Bec Smith of John Mun | | X |
| 16 | 8/23/02 | Rick Weems Email to John Mun | | X |
| 17 | 9/03/02 | Memo From John Mun to Weems | | X |
| 18 | 10/21/02 | UAA Human Resources Memo | | X |
| 19 | 10/22/02 | Weems Memo to Smith Re: Bec or John Mun From Governance Participator | | X |
| 20 | 8/15/03 | Email From Howard to Mun | | X |
| 21 | 8/19/03 | Mun Discrimination Grievance | | X |
| 22 | 8/22/03 | Mun Memo to Mary Howard | | X |
| 23 | 10/27/03 | Email From Mary Howard to John Mun | | X |
| 24 | 11/26/03 | Email From Mary Howard to John Mun | | X |
| 25 | 8/14/02 | Computer Print out of John Mun's Computer Download | | X |
| 26 | 7/23/03 | Mary Howard Email to Staff Re: July Meeting | | X |
| 27 | 10/31/03 | Mun Email to Cheryl Wright | | X |
| 28 | 11/24/03 | Email From Jerry Tibor to Mary Howard | | X |
| 29 | 2001/02 | UAA Curriculum Catalog Inset Credit Page | | X |
| 30 | 2/05/03 | Jennifer Vancil Email to Mary Howard Re: C.A.P.P. and C.T.C. | | X |
| 31 | 2/6/03 | Rebecca Smith Response to Email of Jennifer Vancil Re: C.A.P.P. Review | | X |
| 32 | 7/18/05 | List of CAPP Activity Reports at All University of Alaska campuses | | X |
| 33 | 10/27/03 | Email From Mary Howard to Cecil Mitchell Re: Jury Duty | | X |
| 34 | 10/15/02 | Memo to Janet Jacobs From Rick Weems Re: C.A.P.P. Coordinator Mun's Grievances | | X |

| 35 | 8/2002   | List of Work Activities Assigned to John Mun by Rick Weems | | X |
|----|----------|-------------------------------------------------------------|---|---|
| 36 | 7/13/05  | UAA Job Detail Data Base Specialist                         | | X |
| 37 | 1/06/05  | UAA Vacancy Announcements                                   | | X |
| 38 | 12/13/04 | Mary Howard Email to John Mun Re: Comp Time                 | | X |
| 39 | 1/13/04  | Email From Patty Itchoak to John Mun Re: Agenda For Banner Student Team Meeting | | X |
| 40 | 5/10/05  | UAA Advisor Designation Request                             | | X |
| 41 | 3/11/05  | Letter From Lauren Bruce to John Mun Re: C.A.P.P. Contribution | | X |
| 42 | 4/27/04  | Mary Howard Email to Brian Brubaker Re: Request for Assistance | | X |
| 43 | 4/30/04  | Email From John Mun to Mary Howard                          | | X |
| 44 | 1/27/05  | Email From Linda Lazzell to Patty Itchoak Re: Data Compilation | | X |
| 45 | 2003     | Call Canter Weekly Schedule                                 | | X |
| 46 | 1/20/05  | Mary Howard Email to John Mun Re: Leave Request and Computer Printouts of Approvals of Annual Leave | | X |
| 47 | 4/08/05  | John Mun Email to Mary Howard Re: Brio                      | | X |
| 48 | 8/9/04   | Email From Frances Feero to Mary Howard Re: Degree Job Committee | | X |
| 49 | 7/19/01  | Staff Letter of Appointment and Attendant Documents         | | X |

Dennis R. Acker, Esq.

DATED: 1/12/06     BY: _____

**CERTIFICATE OF SERVICE**

I certify that a copy if the forgoing was (X) hand delivered
( ) faxed ( ) mailed on the 12th day of January 2006 to:

Mark Ashburn
1130 West 6th Avenue, Suite 100
Anchorage, Alaska 99501

Acker & Associates
By: _____
Nicole Moriarty