Mark E. Ashburn
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage,
Rick Weems, Ron Kamahele, and Mary Howard

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:03-CV-00244-JWS |
| ) | |
| UNIVERSITY OF ALASKA at ) | **ENTRY OF APPEARANCE** |
| ANCHORAGE, an instrumentality of the ) | |
| State of Alaska, RICK WEEMS, ) | |
| Individually, RON KAMAHELE, ) | |
| Individually, and MARY HOWARD, ) | |
| Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that Mark E. Ashburn of the law firm of Ashburn &

Mason, P.C. has previously made an appearance on behalf of defendants University of

ENTRY OF APPEARANCE
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-0244-JWS                                                                 Page 1 of 2

Alaska Anchorage, Rick Weems, Ron Kamahele, and Mary Howard in the above-captioned matter and requests that Matthew T. Findley of the same firm also be included as counsel for defendants.

        ASHBURN & MASON, P.C.
        Attorneys for Defendants

        s/ Mark E. Ashburn
        1130 West Sixth Avenue, Suite 100
        Anchorage, AK 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: mea@anchorlaw.com
        Alaska Bar No. 7405017

        s/ Matthew T. Findley
        1130 West Sixth Avenue, Suite 100
        Anchorage, AK 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: mtf@anchorlaw.com
        Alaska Bar No. 0504009

**CERTIFICATE OF SERVICE**

I herby certify that on January 17, 2006, a copy of the foregoing Entry of Appearance by regular U.S. Mail on:

    Dennis Acker, Esq.
    Acker & Associates
    329 F Street, Suite 220
    Anchorage, AK 99501

s/ Mark E. Ashburn

P:\Clients\10067\Pre-Trial Filings\Entry of Appearance MTF (060117).dot

ASHBURN & MASON P.C. LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

ENTRY OF APPEARANCE
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-0244-JWS    Page 2 of 2