Mark E. Ashburn
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage,
Rick Weems, Ron Kamahele, and Mary Howard

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF ALASKA at )<br>ANCHORAGE, an instrumentality of the )<br>State of Alaska, RICK WEEMS, )<br>Individually, RON KAMAHELE, )<br>Individually, and MARY HOWARD, )<br>Individually, )<br>)<br>Defendants. )<br>) | Case No. 3:03-CV-00244-JWS<br><br>**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S PRE-TRIAL ORDER** |

Defendants note that the Court has entered an Order, dated January 13, 2006, granting the relief which defendants sought in their original motion. Defendants file

this Reply, with the attached affidavits of Mark E. Ashburn and Matthew T. Findley, in order to clarify for the record several inaccuracies set forth in plaintiff's Opposition.

        ASHBURN & MASON, P.C.
        Attorneys for Defendants

        s/ Mark E. Ashburn
        1130 West Sixth Avenue, Suite 100
        Anchorage, AK 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: mea@anchorlaw.com
        Alaska Bar No. 7405017

        s/ Matthew T. Findley
        1130 West Sixth Avenue, Suite 100
        Anchorage, AK 99501
        Phone: (907) 276-4331
        Fax: (907) 277-8235
        E-mail: mtf@anchorlaw.com
        Alaska Bar No. 0504009

**CERTIFICATE OF SERVICE**

I herby certify that on January 18, 2006, a copy of the foregoing Defendants' Reply to Plaintiff's Opposition to Motion Regarding Plaintiff's Failure to Comply with the Court's Pre-Trial Order by regular U.S. Mail on:

    Dennis Acker, Esq.
    Acker & Associates
    329 F Street, Suite 220
    Anchorage, AK  99501

s/ Mark E. Ashburn

N:\cls\10067\Reply to Opp. (060118).dot

DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION
REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THE
COURT'S PRE-TRIAL ORDER
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS     Page 2 of 2