Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of
Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:03-CV-00244-JWS |
| ) | |
| UNIVERSITY OF ALASKA at ) | **AFFIDAVIT OF MARK E. ASHBURN** |
| ANCHORAGE, an instrumentality of the ) | **IN SUPPORT OF DEFENDANTS'** |
| State of Alaska, RICK WEEMS, ) | **REPLY TO PLAINITFF'S** |
| Individually, RON KAMAHELE, ) | **OPPOSITION TO MOTION** |
| Individually, and MARY HOWARD, ) | **REGARDING PLAINTIFF'S** |
| Individually, ) | **FAILURE TO COMPLY WITH THE** |
| ) | **COURT'S PRE-TRIAL ORDER** |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

MARK E. ASHBURN, being first duly sworn upon oath, deposes and states as follows:

1. I met with Dennis Acker in my office on Tuesday, December 13, 2005. At this meeting, Mr. Acker and I discussed both settlement and also a proposed Joint Statement of Issues which I had drafted and which I handed to him at the meeting.

2. Mr. Acker stated at the December 13 meeting that he would likely agree with the proposed Joint Statement of Issues but wanted time to review the Statement of Issues more carefully first. I told Mr. Acker at the meeting that I would forward to him in the next several days a proposed Statement of Uncontested Facts for his review and comment. Mr. Acker stated that he would review such a document and give me his comments.

3. Mr. Acker never discussed with me at the December 13 meeting, or at any other time, any of his travel plans. That topic simply never arose in our discussions.

4. On Thursday, December 15, 2005, I e-mailed Mr. Acker a proposed Statement of Uncontested Facts, asking for his comments.

5. Mr. Acker never gave me any further comment on the proposed Joint Statement of Issues, and he never signed that document in the signature block on the

AFFIDAVIT OF MATTHEW T. FINDLEY IN SUPPORT OF
DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION REGARDING PLAINTIFF'S FAILURE TO COMPLY
WITH THE COURT'S PRE-TRIAL ORDER
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS                    Page 2 of 3

form. Further, Mr. Acker never responded in any way to the proposed Statement of Uncontested Facts which I e-mailed to him on December 15.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Mark E. Ashburn
Alaska Bar No. 7405017

SUBSCRIBED AND SWORN to before me this 17 day of January, 2006.



NOTARY PUBLIC in and for Alaska
My commission expires: 4.21.09

### CERTIFICATE OF SERVICE

I herby certify that on January 17, 2006, a copy of the foregoing Affidavit of Mark E. Ashburn in Support of Defendants' Reply to Plaintiff's Opposition to Motion Regarding Plaintiff's Failure to Comply with the Court's Pre Trial Order by regular U.S. Mail on:

Dennis R. Acker, Esq.
Acker & Associates
329 F Street, Suite 220
Anchorage, AK 99501

s/ Mark E. Ashburn

N:\cls\10067\Reply Motion. Affidavit (060117).doc

ASHBURN & MASON p.c.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

AFFIDAVIT OF MATTHEW T. FINDLEY IN SUPPORT OF
DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION REGARDING PLAINTIFF'S FAILURE TO COMPLY
WITH THE COURT'S PRE-TRIAL ORDER
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS