Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of
Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually, and MARY HOWARD, Individually,<br><br>　　　　Defendants. | Case No. 3:03-CV-00244-JWS<br><br>**AFFIDAVIT OF MATTHEW T. FINDLEY IN SUPPORT OF DEFENDANTS' REPLY TO PLAINITFF'S OPPOSITION TO MOTION REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S PRE-TRIAL ORDER** |

STATE OF ALASKA            )
                           ) ss:
THIRD JUDICIAL DISTRICT    )

MATTHEW T. FINDLEY, being first duly sworn upon oath, deposes and states:

1. I am an attorney at Ashburn & Mason, P.C., and I represent the Defendants in this action.

2. I was not present at the meeting between Mark Ashburn and Dennis Acker on December 13, 2005. Mr. Acker and I never discussed Defendants proposed statement of issues or statement of uncontested facts.

3. I was originally scheduled to meet with Mr. Acker at the clerk's office to meet and confer regarding designated exhibits pursuant to Local Rule 39.2 at 3:00 pm on Monday December 19, 2005. Mr. Acker, however, asked that the meeting be postponed until Tuesday December 20, 2005 because he was "sick." I agreed to the extension.

4. On Tuesday December 20, 2005, Mr. Acker phoned my office, again asking to reschedule the meeting because he was "sick", this time requesting the meeting be rescheduled to Thursday December 22, 2005. I again agreed to this extension.

5. On Thursday December 22, 2005, however, Mr. Acker again phoned my office, this time stating he was having "computer problems" and asking to again delay the meeting. Mr. Acker represented to my office that he had the exhibits gathered but

would be unable to print the exhibit list. I asked that Mr. Acker and I meet as scheduled so we could review our respective exhibits and avoid further delay.

6. I met with Mr. Acker at the clerk's office on December 22, 2005 but Mr. Acker did not bring any of plaintiff's proposed exhibits. We were, however, able to review defendants' proposed exhibits, and copies of these exhibits were provided to Mr. Acker at this time. Mr. Acker assured me he would deliver plaintiff's proposed exhibits to my office the next day, Friday December 23, 2005, so I could review them pursuant to Local Rule 39.2. I also agreed to file plaintiff's exhibits concurrently with defendants' exhibits and I informed the clerk of this arrangement.

7. At my meeting with Mr. Acker on December 22, 2005, I asked him whether he would likewise provide a witness list on Friday December 23, 2005 and Mr. Acker said yes. Mr. Acker further informed me that he was going to Colorado over the weekend but did not state when he would return or why he was going.

8. Contrary to his statements, Mr. Acker did not deliver any exhibits to my office on Friday December 23, 2005, nor did he deliver a witness list as promised.

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
Matthew T. Findley
Alaska Bar No. 0504009

SUBSCRIBED AND SWORN to before me this _17_ day of January 2006.



___Christine L Gilmore___
NOTARY PUBLIC in and for Alaska
My Commission Expires: _4.21.09_

**CERTIFICATE OF SERVICE**

I herby certify that on January 17, 2006, a copy of the foregoing Affidavit of Matthew T. Findley in Support of Defendants' Reply to Plaintiff's Opposition to Motion Regarding Plaintiff's Failure to Comply with the Court's Pre Trial Order by U.S. Mail on:

    Dennis Acker, Esq.
    Acker & Associates
    329 F Street, Suite 220
    Anchorage, AK  99501

s/ Matthew T. Findley

P:\Clients\10067\Pre-Trial Filings\REPLY Motion re Lack of Filings MTF A.doc

ASHBURN & MASON P.C.
LAWYERS
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501-5914
Tel 907.276.4331 • Fax 907.277.8235

AFFIDAVIT OF MATTHEW T. FINDLEY IN SUPPORT OF
DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION REGARDING PLAINTIFF'S FAILURE TO COMPLY
WITH THE COURT'S PRE-TRIAL ORDER
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS      Page 4 of 4