Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, <br><br> Plaintiff, <br><br> vs. <br><br> UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, and RICK WEEMS, Individually, <br><br> Defendants. | Case No. 3:03-CV-00244-JWS <br><br> **PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION** |

Defendants having moved for certain sanctions against plaintiff due to his his failure to comply with the Court's July 22, 2005 Order, or in the alternative for judgment, and having moved for expedited consideration of this motion, and the Court being advised in the matter,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Defendant's motion for expedited consideration of their motion is granted. Plaintiff shall file any opposition by _____ and Defendants shall file any reply by _____.

DATED:_____     s/ _____
                         United States District Court Judge

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

**CERTIFICATE OF SERVICE**

I herby certify that on January 17, 2006, a copy of the foregoing Proposed Order Granting Defendants' Motion Regarding Plaintiff's Failure to Comply with the Court's Pre-Trial Order by regular U.S. Mail on:

    Dennis Acker, Esq.
    Acker & Associates
    329 F Street, Suite 220
    Anchorage, AK  99501

s/ Mark E. Ashburn

ASHBURN & MASON p.c.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

Page 3 of 3