Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska 99501
Phone: (907) 276-4331
Facsimile: (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage and Rick Weems

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIVERSITY OF ALASKA at ) <br> ANCHORAGE, an instrumentality of the State ) <br> of Alaska, and RICK WEEMS, Individually, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:03-CV-00244-JWS <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR EXPEDITED CONSIDERATION** |

Defendants having moved for certain sanctions against plaintiff due to his failure to comply with the Court's July 22, 2005 Order, or in the alternative for judgment, and having moved for expedited consideration of this motion, and the Court being advised in the matter,

IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Defendant's motion for expedited consideration of their motion is granted. Plaintiff shall file any opposition by **Friday, January 27, 2006,** and Defendants shall file any reply by **Monday, January 30, 2006**.

DATED: January 23, 2006 /s/
John W. Sedwick
United States District Court Judge