**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*JOHN MUN*　　　　　　　　　　v.　　*UNIVERSITY OF ALASKA at ANCHORAGE, et al.*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO. A03-244 CV (JWS)

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: January 24, 2006

The final pre-trial conference is **CONTINUED** to **8:00 AM** on **February 6, 2006.**