Mark E. Ashburn
Matthew T. Findley
Ashburn & Mason, P.C.
1130 West Sixth Avenue, Suite 100
Anchorage, Alaska  99501
Phone:  (907) 276-4331
Facsimile:  (907) 277-8235

Attorneys for Defendants University of Alaska Anchorage and
Rick Weems

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:03-CV-00244-JWS |
| ) | |
| UNIVERSITY OF ALASKA at ) | **NOTICE OF INTENT TO USE** |
| ANCHORAGE, an instrumentality of the ) | **DIGITAL EVIDENCE** |
| State of Alaska, and RICK WEEMS, ) | **PRESENTATION SYSTEM AT TRIAL** |
| Individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

      Pursuant to Local Rule 39.3, Defendants University of Alaska Anchorage

(UAA) and Rick Weems (collectively "Defendants") hereby file notice of intent to use

the Digital Evidence Presentation System (DEPS) at the trial in the above-captioned matter, currently scheduled to commence on February 6, 2006 at Anchorage, Alaska in Courtroom Three before the Honorable John W. Sedwick. The trial is expected to be completed by February 15, 2006.

Undersigned counsel has contacted and met with court automation specialist John Haley and received training on the DEPS.

ASHBURN & MASON, P.C.
Attorneys for Defendants

s/ Mark E. Ashburn
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: mea@anchorlaw.com
Alaska Bar No. 7405017

s/ Matthew T. Findley
1130 West Sixth Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 276-4331
Fax: (907) 277-8235
E-mail: mtf@anchorlaw.com
Alaska Bar No. 0504009

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS                    Page 2 of 3

**CERTIFICATE OF SERVICE**

I herby certify that on January 25, 2006, a copy of the foregoing
Notice of Intent to Use Digital Evidence Presentation System
 by regular U.S. mail on:

    Dennis Acker, Esq.
    Acker & Associates
    329 F Street, Suite 220
    Anchorage, AK  99501

s/ Mark E. Ashburn

P:\Clients\10067\M. Use of DEPS (060125).doc

ASHBURN & MASON P.C.
LAWYERS
1130 WEST SIXTH AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501-5914
TEL 907.276.4331 • FAX 907.277.8235

NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM
*Mun v. University of Alaska, et al.*, Case No. 3:03-CV-00244-JWS    Page 3 of 3