MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*JOHN MUN*          v.          *UNIVERSITY OF ALASKA at ANCHORAGE, et al.*

THE HONORABLE JOHN W. SEDWICK      CASE NO. 3:03-cv-00244 JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**      Date: January 27, 2006

      Defendants motions at dockets 73, 74, and 75 have not been opposed by plaintiff. Upon examiniation, they appear to have merit. The motions at dockets 73, 74, and 75 are **GRANTED**.