Dennis Acker, Esq. Bar No. 9911055
ACKER & ASSOCIATES
329 F. Street, Suite 220
Anchorage, AK 99501
(907) 222-2885
Fax (907) 222-2889

Attorney for Plaintiff
John Mun

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| JOHN MUN Individually, | Case No.: A03-0244 CV (JWS) |
| Plaintiff, | NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS |
| vs. | |
| UNIVERSITY OF ALASKA at ANCHORAGE, an instrumentality of the State of Alaska, RICK WEEMS, Individually, RON KAMAHELE, Individually and MARY HOWARD Individually. | |
| Defendants. | |

Plaintiff John Mun, by and through his attorney of record, Dennis R. Acker, Esq. hereby submits the following notice of non-opposition to motion for sanctions. Plaintiff's counsel has discussed the evidence available with plaintiff to support a claim of racial and religious discrimination and the apparent lack of damages to plaintiff in this case. Since the court's last ruling on defendants' motion for summary judgment on plaintiff's retaliation claim, Plaintiff's counsel has explained to plaintiff that there appears to no longer be any viable legal or factual theory to pursue a judgment in this case. However, plaintiff still refuses to dismiss the case and is determined to take this case to trial. Plaintiff's counsel could not in good faith file a trial brief in

Notice of Non-Opposition to Defendants Motion for Sanctions
Mun v. University of Alaska et al.
Page 1

this action based upon his knowledge of the case and believes based upon the court's earlier rulings that there is no longer any viable theory of racial or religious discrimination upon which this case should go to trial. After interviews with witnesses supporting Mr. Mun's claims regarding the Fair Labor Standards Act claim and his claim of retaliation, it became more evident that these witnesses did not share Mr. Mun's belief that he was racially or religiously discriminated against by the defendants. Plaintiff's counsel believes that Mr. Mun's case is primarily based upon his subjective belief of racial and religious discrimination and this is inadequate to support his claims now presented for trial.

However, plaintiff's counsel believes that plaintiff's claim for violation of the Fair Labor Standards Act and retaliation for filing a grievance for such violation is viable and supported by the evidence. Although the court has already dismissed those claims, Plaintiff's counsel wishes to reserve plaintiff's right to appeal the court's decisions on the earlier motions for summary judgment. Consequently, plaintiff's counsel does not wish to withdraw as counsel of record in this case and does not believe it would be appropriate to withdraw as counsel at this late date. Therefore, plaintiff's counsel, on behalf of plaintiff, does not oppose the instant motion.

Dated this 27th day of January 2006.

Respectfully Submitted

Dennis R. Acker, Esq.

Notice of Non-Opposition to Defendants Motion for Sanctions
Mun v. University of Alaska et al.
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was hand delivered this 27th day of January 2006 to the following:

Mark Ashburn Esq.
Ashburn & Mason
1130 W. 6th Ave., Ste. 100
Anchorage, AK 99515

*[signature]*

Notice of Non-Opposition to Defendants Motion for Sanctions
Mun v. University of Alaska et al.
Page 3