**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*JOHN MUN*  v.  *UNIVERSITY OF ALASKA at ANCHORAGE, et al.*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO. 3:03-cv-00244 JWS

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: January 27, 2006

The final pre-trial conference set for February 6, 2006, at 8:00 a.m. is **VACATED**.