**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*JOHN MUN*　　　　　v.　　*UNIVERSITY OF ALASKA at ANCHORAGE, et al.*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO. 3:03-cv-00244 JWS

PROCEEDINGS:　**ORDER FROM CHAMBERS**　　　Date: February 2, 2006

    The court has received a memorandum dated January 31, 2006, from Mr. Mun in which he asks for a status conference, a copy of which was, according to the memo sent to defense counsel. The request is **DENIED**. At this point in time, Mr. Mun is still represented in this court by Mr. Acker, and in any event, this case has been dismissed. Mr. Mun should address his concerns with his attorney, Mr. Acker.