**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

JOHN MUN,

      Plaintiff,

                        Case Number 3:03-cv-00244-JWS

v.

UNIVERSITY OF ALASKA, et al.,

      Defendants.        **JUDGMENT IN A CIVIL CASE**

___   **JURY VERDICT.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.**  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT Plaintiff take nothing from defendants and that defendants recover from plaintiff their taxable costs in the amount of $_____.

APPROVED:

_____
John W. Sedwick
United States District Judge

_1 - 31 - 06_____
Date:

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

[]{JMT2.WPT*Rev.3/03}