UNITED STATES District Court ...
FOR THE ...
ALASKA DISTRICT

RECEIVED
MAR 02 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

_MUN_____
Appellant/Petitioner

CASE NO.

vs.

3:03-CV-244

_UNIVERSITY OF ALASKA: WEEMS, HOWARD, AND KAMAHELE__
Appellee/Respondent

Notice of Change in Counsel

Notice is given to Court Plaintiff's former attorney, Dennis Acker, is no longer counsel of record for Plaintiff, and Plaintiff is proceeding as Pro Se in the appeal.

Notice of change in counsel has been given to former attorney and to opposing counsel.

_March 2, 2006_____     _[signature]_____
DATE                              SIGNATURE

John Mun
8149 E. 5th Ave.
Anchorage AK 99504
(907) 333-9917

_____
ADDRESS

SCANNED

## CERTIFICATE OF SERVICE

Case Name: <u>Mun</u>          v. <u>University of Alaska: Weems, Howard,</u>
                                    <u>Kamahele</u>

Case No.: _____

**IMPORTANT:** You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

    I certify that a copy of the <u>Change in Counsel</u>
                      (Name of document you are filing (i.e., opening brief, motion, etc.)
and any attachments was served, either in person or (by mail,) on the persons listed below.

_____
**Signature**
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Mark Ashburn | 1130 W. 6th Ave., Ste. 100<br>Anchorage AK 99501 | March 2, 2006 |
| Matthew Findley | 1130 W. 6th Ave., Ste. 100<br>Anchorage AK 99501 | March 2, 2006 |
| Dennis Acker | 329 F. ST., Ste 200<br>Anchorage AK 99501 | March 2, 2006 |