# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
## ALASKA DISTRICT

RECEIVED
MAR 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

__MUN_____   CASE NO.
Appellant/Petitioner

vs.                                 __3:03-cv-244__

__UNIVERSITY OF ALASKA: WEEMS, HOWARD, AND KAMAHELE__
Appellee/Respondent

Statement of Pro Se Representation

Notice is given to Court Plaintiff is proceeding as Pro Se in the appeal.

Notice has been given to Dennis Acker, formerly known as Plaintiff's attorney, in writing on March 2, 2006, that Acker is no longer attorney of record for Mun

Notice has also been given to opposing counsel, Mark Ashburn and Matthew Findley of Ashburn and Mason, Dennis Acker is no longer recognized as legal counsel for Mun and Mun is proceeding Pro Se.

 __March 2, 2006_____         _____/s/ John Mun_____
 DATE                              SIGNATURE

                                   John Mun
                                   8149 E. 5th Ave.
                                   Anchorage AK 99504
                                   (907) 333-9917
                                   _____
                                   ADDRESS

## CERTIFICATE OF SERVICE

Case Name: __Mun__ v. __University of Alaska: Weems, Howard, Kamahele__

Case No.: __3:03-cv-244__

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

I certify that a copy of the __Statement of Representation__
(Name of document you are filing (i.e., opening brief, motion, etc.)
and any attachments was served, either in person or by mail, on the persons listed below.

_____
Signature
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Mark Ashburn | 1130 W. 6th Ave., Ste. 100 Anchorage AK 99501 | March 2, 2006 |
| Matthew Findley | 1130 W. 6th Ave., Ste. 100 Anchorage AK 99501 | March 2, 2006 |