**Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court**

United States District Court for the __Alaska__

District of __the 9th Circuit__

File Number __A¢03-0244 CV (JWS)__

| | |
|---|---|
| Mun, Plaintiff ) | |
| ) | |
| v.        ) Notice of Appeal | |
| ) | |
| University of Alaska:) | |
| Weems, Howard, ) | |
| and Kamahele ) | |

    Notice is hereby given that (__Mun__), plaintiff in the above named case*, hereby appeal to the United States Court of Appeals for the __9th__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __2nd__ day of __March__, 20__06__.

    (s)___John Mun Pro Se___
    Attorney for __John Mun__
    Address: __8149 E. 5th Ave. Anchorage AK 99504__

__March 2, 2006__
DATE                SIGNATURE

John Mun
8149 E. 5th Ave.
Anchorage AK 99504
(907) 333-9917

ADDRESS

*[handwritten]* Receipt # 00127735 for John C. Mun
$255.00  3/2/06  ps

*[stamp]* RECEIVED MAR 0 2 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

CERTIFICATE OF SERVICE

RECEIVED
MAR 0 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Case Name: <u>Mun</u>            v. <u>University of Alaska: Weems, Howard,</u>
                                    <u>Kamahele</u>

Case No.: 3:03-cv-244

IMPORTANT: You must send a copy of ALL documents filed with the court and any attachments to counsel for ALL parties in this case. You must also file a certificate of service with this court telling us that you have done so. You may use this certificate of service as a master copy, and fill in the title of the document you are filing. Please list below the names and addresses of the parties who were sent a copy of your document and the dates on which they were served. Be sure to sign the statement below. You must attach a copy of the certificate of service to each of the copies and the copy you file with the court.

    I certify that a copy of the <u>Notice of Appeal</u>
                                (Name of document you are filing (i.e., opening brief, motion, etc.)
and any attachments was served, either in person or by mail, on the persons listed below.

_____
**Signature**
Notary NOT required

| Name | Address | Date Served |
|---|---|---|
| Mark Ashburn | 1130 W. 6th Ave., Ste. 100 Anchorage AK 99501 | March 2, 2006 |
| Matthew Findley | 1130 W. 6th Ave., Ste. 100 Anchorage AK 99501 | March 2, 2006 |