**RECEIVED**
APR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Mun vs. University of Alaska at Anchoarge, et al      6 - 35265
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick - 3:03-cv-00244-JWS
Date Complaint/Indictment/Petition Filed: 10/17/2003
Date Appealed Order/Judgment *entered*: 2/3/06
Date NOA *filed*: 3/02/06
COA Status (check one):
__granted in full (attach order)      __denied in full (send record)
__granted in part (send record)       __pending

Court Reporter(s) Name and Phone Number: N/A

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 3/2/06        Date Docket Fee billed: __
Date FP granted: __                  Date FP denied: __
Is FP pending? No yes/no             Was FP Limited/Revoked?
US Government Appeal?   No yes/no
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                   Appellee Counsel:
John Mun, Pro Se                     Mark E. Ashburn
8149 E. 5th Avenue                   Ashburn & Mason, P.C.
Anchorage, AK 99504                  1130 W. 6th Avenue, Suite 100
                                     Anchorage, AK 99501
                                     FAX: 907-276-4331

__retained   __CJA   __FPD   __FPD   X  Other      Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __              Address: __
Custody: __                           __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104