# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT



JOHN MUN,

      Plaintiff - Appellant,

v.

UNIVERSITY OF ALASKA, Anchorage;
RICK WEEMS; RON KAMAHELE;
MARY HOWARD,

      Defendants - Appellees.

No.  06-35265
D.C. No.  CV-03-00244-A-JWS

**TIME SCHEDULE
ORDER**

The parties shall meet the following time schedule:

**5/10/06**    Appellant/petitioner's opening brief and excerpts of record shall be
served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**6/9/06**    The brief of appellee/respondent shall be filed and served, pursuant to
FRAP 32 and 9th Cir. R. 32-1

**\*\*\***    The optional appellant/petitioner reply brief shall be filed and served
within fourteen days of service of the appellee/respondent's brief,
pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a). Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

**FOR THE COURT:**

**Cathy A. Catterson**
**Clerk of Court**

**By: John Ilagan**
**Deputy Clerk**