UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 08 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>      Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF ALASKA, at Anchorage; et al.,<br><br>      Defendants - Appellees. | No. 06-35265<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due June 12, 2006; the answering brief is due July 12, 2006; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena* (signature)
Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 5.1