UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 11 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF ALASKA, at Anchorage; et al.,<br><br>    Defendants - Appellees. | No. 06-35265<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
JUL 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appellees' motion for an extension of time to file the answering brief is granted. The answering brief is due July 26, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 7.3