UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 3/30/07

To: United States Court of Appeals     ATTN: (XX) CIVIL
     For the Ninth Circuit
     Office of the Clerk                          ( ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103        ( ) JUDGE

From: Linda Christensen - Deputy Clerk
        U.S. District Court - District of Alaska
        222 W. 7th Ave., Rm 229
        Anchorage, AK  99513

DC No: 3:03-cv-00244-JKS                Appeal No: 06-35265

Short title: Mun v University of Alaska

Composition of Record

Clerk's Files in   4   volumes   (XX) original  ( ) certified copy

      Bulky docs.   1   volumes, docket #  46
                              (folders)

Reporter's   in _____ volumes   ( ) original   ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes   ( ) under seal

           in _____ boxes   ( ) under seal

Other: Documents 78 on filed electronically; documents 68, 69, 73, 74, 75, and 77 from case file also filed electronically.  These documents are available via PACER.

(please note any documents filed under seal)

Please sign and date this form below acknowledging receipt and return in enclosed envelope. Thank you.

Acknowledgement:_____   Date:_____
"record.app" [11/21/97]