UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 0 5 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF ALASKA, at Anchorage; et al.,<br><br>    Defendants - Appellees. | No. 06-35265<br>PRO BONO<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska, Anchorage<br><br>ORDER |

RECEIVED
SEP 1 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner

Upon review of the record and the briefing, this court has determined that the appointment of pro bono counsel in this appeal would benefit the court's review. The court by this order expresses no opinion as to the merits of this appeal. The Clerk shall enter an order appointing pro bono counsel to represent appellant for purposes of this appeal only.

Pro bono counsel shall consult with the client to determine whether: (1) replacement briefing; or (2) supplemental briefing and appellant's previously filed briefs will be submitted to the judges deciding this appeal. The court encourages the submission of replacement briefing rather than supplemental briefing. If appellant elects to file replacement briefing, appellees shall also file a replacement

06-35265

brief or shall notify the court in writing that appellees stand on the previously filed answering brief. Both parties shall state on the cover pages of the briefs whether they are replacement briefs or supplemental briefs. Pro bono counsel shall appear at oral argument.

The Clerk shall establish a revised briefing schedule. The appeal is stayed pending further order of this court.

If appellant objects to the court's appointment of counsel in this appeal, appellant shall file a written objection within 14 days after the filing date of this order.

*Peter L. Shaw*
General Order 6.3 (e)

S:\PROSE\Cmshords\2007\9-07\06-35265jac.wpd