UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
OCT 19 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF ALASKA, at Anchorage; et al.,<br><br>    Defendants - Appellees. | No. 06-35265<br>PRO BONO<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
OCT 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Pursuant to this court's September 5, 2007 order appointing pro bono counsel, Erin H. Hammond, Esq., is hereby appointed to represent appellant for purposes of this appeal only. The Clerk shall amend the docket to reflect that Erin H. Hammond, Esq., Merrick, Hofstedt & Lindsey, P.S., 3101 Western Avenue, Suite 200, Seattle, WA 98121, phone: (206) 682-0610, fax: (206) 467-2689, email: ehammond@mhlseattle.com, is pro bono counsel of record for appellant.

Supplemental or replacement briefing shall proceed as follows: the opening brief is due December 7, 2007; the answering brief is due January 7, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

**Signature Redacted**

Jo Ann Comstock, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\PROSE\clerkords\2007\10-07\06-35265jac.wpd