UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**F I L E D**

JAN 0 3 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>       Plaintiff - Appellant,<br><br>   v.<br><br>UNIVERSITY OF ALASKA, at<br>Anchorage; et al.,<br><br>       Defendants - Appellees. | No. 06-35265<br>PRO BONO<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

**RECEIVED**

JAN 0 7 2008

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

The untimely, unopposed December 21, 2007 motion for an extension of

time to file the supplemental or replacement opening brief is granted.

Supplemental/replacement briefing shall proceed as follows: the opening brief is

due January 11, 2008; the answering brief is due February 11, 2008; and the

optional reply brief is due within 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Signature Redacted

Jo Ann Comstock, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\PROSE\clerkords\2008\1-08\06-35265jac.wpd