**RECEIVED**

FEB 1 1 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 0 8 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN MUN,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF ALASKA, at Anchorage; et al.,<br><br>Defendants - Appellees. | No. 06-35265<br>PRO BONO<br><br>D.C. No. CV-03-00244-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

The unopposed February 4, 2008 motion for an extension of time to file the answering brief is granted. The answering brief is now due March 3, 2008; and the optional reply brief is due within 14 days after service of the answering brief.

For the Court:

MOLLY C. DWYER
Acting Clerk of the Court

Redacted Signature

Jo Ann Comstock, Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\PROSE\clerkords\2008\2-08\06-35265jac.wpd